UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60933-CIV-DIMITROULEAS

JEFFREY D. BIANCHI,

Magistrate Judge Snow

    Plaintiff,

vs.

REGIONAL ADJUSTMENT BUREAU, INC.,

    Defendant.
_____/

## FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Final Judgment [DE-32], filed herein on May 20, 2011.  The Court granted the Motion in an Order entered separately today.  The Offer of Judgment [DE-31-1] provides for "entry of judgment against [Defendant] in the amount of $1,001.00 plus reasonable attorney's fees and costs to settle [Plaintiff's] FDCPA claims."[1]  Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, for good cause shown, it is hereby **ORDERED AND ADJUDGED** as follows:

---

[1] The Complaint contains claims under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"), the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 *et seq.* ("FCCPA"), and the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* ("TCPA").  The Offer of Judgment [DE-31-1] and the instant Motion [DE-32] are silent as to the non-FDCPA claims, yet Plaintiff's proposed order [DE-32-1] recommends that the Court close this case.  As such, based upon Plaintiff's proposed order [DE-32-1], the Court shall close the case.  Nonetheless, even assuming Plaintiff had not recommended closure of this case, the Court notes that having entered judgment as to the FDCPA claims, this Court lacks subject matter jurisdiction over the TCPA claims pursuant to *Nicholson v. Hooters of Augusta,* 136 F. 3d 1287, 1289 (11th Cir. 1998) and the Court would likewise decline to exercise supplemental jurisdiction over the remaining FCCPA claims pursuant to 28 U.S.C. § 1367, thereby resulting in the resolution of this entire action.

1. Plaintiff's Motion for Entry of Final Judgment [DE-32] is hereby **GRANTED**;

2. Judgment is hereby entered in favor of Plaintiff, Jeffrey D. Bianchi, and against Defendant, Regional Adjustment Bureau, Inc., in the amount of $1,001.00;[2]

3. The Court reserves jurisdiction on the issue of attorneys' fees and costs;

4. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 23rd day of May, 2011.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record

---

[2] The Offer of Judgment [DE-31-1] is silent as to post-judgment interest. As such, in an abundance of caution and in accordance with the express terms of the Offer of Judgment, the Court has not included post-judgment interest in the instant Order despite that the proposed order [DE-32-1] recommends such an award. The parties are free to request an amended final judgment, if the parties in fact agreed to an award of post-judgment interest in their settlement.