UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60933-Civ-Dimitrouleas/Snow

JEFFREY D. BIANCHI,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

REGIONAL ADJUSTMENT BUREAU, INC.,

    Defendant.
_____/

## SATISFACTION OF JUDGMENT

The undersigned owner and holder of a Final Judgment (DE 34) entered May 24, 2011 against, Regional Adjustment Bureau, Inc., acknowledges that full payment thereof has been received and the Judgment is satisfied.

_____
Jeffrey D. Bianchi

Respectfully submitted,

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Fort Lauderdale, Florida 33339
Telephone: (954) 537-2000
Facsimile: (954) 566-2235
<u>donyarbrough@mindspring.com</u>

<u>s/Donald A. Yarbrough</u>
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 10-60933-Civ-Dimitrouleas/Snow

JEFFREY D. BIANCHI,
on behalf of himself and
all others similarly situated,

      Plaintiff,
v.

REGIONAL ADJUSTMENT BUREAU, INC.,

      Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on <u>October 21, 2011</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                      <u>s/Donald A. Yarbrough</u>
                      Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Carlos D. Cabrera, Esq.
Conroy, Simberg, Ganon, Krevans & Abel
Second Floor
3440 Hollywood Boulevard
Hollywood, FL 33021
Telephone: 954-518-1370
Facsimile: 954-967-8577

<u>Via Notices of Electronic Filing generated by CM/ECF</u>